UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-60611-CIV-ROSENBERG/BRANNON

OLGA ROSALES,

    Plaintiff,

vs.

MSC CROCIERE, S.A., a
Foreign corporation,

    Defendant.
_____/

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION IN LIMINE TO PRECLUDE ANY ARGUMENT OR EVIDENCE OF GENERAL PROBLEMS IN THE CRUISE INDUSTRY**

COMES NOW Plaintiff, OLGA ROSALES, by and through undersigned counsel, and hereby serves this, her Response to Defendant's Motion to Preclude Any Argument or Evidence of General Problems in the Cruise Industry [DE 51] and as grounds therefore states:

1.    Plaintiff does not oppose the relief sought by Defendant in their Motion to Preclude Argument or Evidence of General Problems in the Cruise Industry [DE 51].

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that on November 12, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

     Respectfully submitted,

     *s/Jonathan B. Aronson*
     Jonathan B. Aronson, Esq.
     Florida Bar No. 434116
     ARONSON LAW FIRM
     5730 S.W. 74th Street, Suite 800
     Miami, Florida  33143
     Telephone:  (305) 662-1233
     Facsimile:  (305) 662-1266
     Email:  jaronson@aronsonlawfirm.com

## SERVICE LIST

Jeffrey B. Maltzman, Esq.
Steve Holman, Esq.
Maltzman & Partners, P.A.
55 Miracle Mile
Suite 320
Coral Gables, Florida 33134
Telephone:  (305) 779-5665
Facsimile:   (305) 779-5664
Email:  jeffreym@maltzmanpartners.com
Email: steveh@maltzmanpartners.com